**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1623**

─────────────

JIE LIU,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────────

Submitted:  February 29, 2024                     Decided:  June 17, 2024

─────────────

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

**ON BRIEF:**  Gerald Karikari, New York, New York, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Sabatino F. Leo, Assistant Director, Katie E. Rourke, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jie Liu, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of his applications for asylum and withholding of removal. We have thoroughly reviewed the record and Liu's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Liu* (B.I.A. May 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
